**IT IS ORDERED as set forth below:**

**Date: April 9, 2020**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **EARL PURNELL,** | ) | CASE NO. **18-71733-WLH** |
| | ) | |
| Debtor. | ) | |

**CONSENT ORDER ON DEBTOR'S MOTION TO EXCUSE PLAN PAYMENTS**

On April 8, 2020, Debtor filed a "Motion to Excuse Plan Payments" and Debtor contends all interested parties were properly served. It is hereby

**ORDERED** that the Debtor's "Motion to Excuse Plan Payments" is **GRANTED:** The Debtor's Chapter 13 Plan payments for the months of April and May 2020 are excused. Debtor will resume making Plan payments in June 2020.

**[END OF DOCUMENT]**

PRESENTED BY:

_____/s/
John Burke
GA Bar No. 966407
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346
(678) 668-7160
**Attorney for the Debtor**


CONSENTED BY:

*Express permission*    /s/
Ryan Williams
GA Bar No. 940874
Attorney for Chapter 13 trustee
303 Peachtree Street
Suite 120
Atlanta, GA 30303
(678)668-7160
**Attorney for the Trustee**

## DISTRIBUTION LIST

**John Burke**
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, Georgia 30346

**Nancy J. Whaley**
Chapter 13 Trustee
SunTrust Plaza Garden Offices, Suite 120
303 Peachtree Center Avenue
Atlanta, Georgia 30303

**Earl Purnell**
5893 Rex Ridge Pkwy
Rex, Ga 30273