UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **EARL PURNELL,** | ) | CASE NO. **18-71733-WLH** |
| | ) | |
| Debtor. | ) | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS,
AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

TO: Creditors and Other Parties in Interest:

PLEASE TAKE NOTICE that Debtor(s) has/have filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court before the following deadline.

DEADLINE FOR FILING OBJECTION: Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on August 31, 2020. If the twenty-fourth day after the filing falls on a week-end or holiday, the deadline is extended to the next business day.

PLACE OF FILING:        Clerk, United States Bankruptcy Court
75 Ted Turner Drive, SW
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above. You must also serve a copy on the undersigned at the address stated below and on the Debtor at:

The Semrad Law Firm, LLC
Attn: John Burke
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303

Earl Purnell
5893 Rex Ridge Parkway
Rex, GA 30273

PLEASE TAKE FURTHER NOTICE that if an objection to the proposed Modification is timely filed, **the Court will hold a hearing on the modification on October 7, 2020 at 10:00 AM in Courtroom 1403, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia.** If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.

Dated: August 31, 2020

/s/
John Burke
GA Bar No. 966407
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **EARL PURNELL,** | ) | CASE NO. **18-71733-WLH** |
| | ) | |
| Debtor. | ) | |

**DEBTOR'S MOTION TO EXCUSE PLAN PAYMENTS;
POST-CONFIRMATION MODIFICATION
OF PLAN AND REQUEST FOR APPROVAL;
AND MOTION TO EXTEND THE LENGTH OF THE PLAN**

COMES NOW Earl Purnell ("Debtor"), by and through undersigned counsel, and move this Honorable Court for the entry of an order modifying the Chapter 13 Plan post-confirmation. In support thereof, the Debtor states as follows:

**1.**

Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code on December 29, 2018. The Chapter 13 Plan was confirmed on May 2, 2019.

**2.**

Debtor requests that his Plan Payment for June 2020 be excused.

**3.**

Due to Covid-19, Debtor is currently furloughed with by his employer, and is relying on Unemployment Insurance Income.

**4.**

Debtor hereby modifies Section 2.1, Section 3.1 and Section 3.2 of the Chapter 13 Plan in Exhibit A.

**5.**

Debtor requests that he be given extra time to complete the payments under his confirmed Chapter 13 Plan.

**7.**

Debtor is requesting that the length of his Plan be increased to up to 70 months under 11 U.S. Code § 1329(d).

Wherefore, Debtor prays

(a) That Debtor's Chapter 13 Plan payment for the months of June be excused;

(b) That Section 2.1, Section 3.1, and Section 3.2 of Debtor's Chapter 13 Plan be modified;

(c) That the length of time for Debtor to complete the Plan be extended up to 70 months;

(d) For such other relief as the Court deem appropriate.

Dated: August 31, 2020

/s/
Earl Purnell

/s/
John Burke
GA Bar No. 966407
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **EARL PURNELL,** | ) | CASE NO. **18-71733-WLH** |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Excuse, Post-Confirmation Modification of Plan and Request for Approval, and Request to Extend the Length of the Plan upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Earl Purnell
5893 Rex Ridge Parkway
Rex, GA 30273

*[See attached for additional parties served]*

I further certify that, by agreement of parties, Nancy J. Whaley, Standing Chapter 13 Trustee, was served via ECF.

Dated: August 31, 2020

/s/
John Burke
GA Bar No. 966407
The Semrad Law Firm, LLC
235 Peachtree Street NE
Suite 300
Atlanta, Georgia 30303
(678) 668-7160
**Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 18-71733-wlh<br>Northern District of Georgia<br>Atlanta<br>Mon Aug 31 19:00:28 EDT 2020 | Kirk Patrick Bremer<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 | John Tryon Burke<br>The Semrad Law Firm, LLC<br>Suite 300<br>235 Peachtree Street NE<br>Atlanta, GA 30303-1404 |
| CITIZENSONE<br>480 JEFFERSON BLVD<br>WARWICK, RI 02886-1359 | (p)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | Department of Justice, Tax Division<br>75 Ted Turner Drive SW<br>Civil Trial Section, Southern<br>Atlanta, GA 30303-3315 |
| Abbey Ulsh Dreher<br>Barrett Daffin Frappier Turner Engel LLP<br>Suite 100<br>4004 Belt Line Road<br>Addison, TX 75001-4320 | FIRST NATIONAL BANK OF OMAHA<br>BQ & ASSOCIATES, P.C., L.L.O.<br>14211 Arbor St, Ste 100<br>OMAHA, NE 68144-2312 | FNB OF OMAHA<br>PO BOX 3412<br>OMAHA, NE 68103-0412 |
| FREEDOM ROAD FINANCIAL<br>10509 PROFESSIONAL CIR S<br>RENO, NV 89521-5864 | FreedomRoad Financial c/o Wayfinder BK, LLC<br>PO Box 64090<br>Tucson, AZ 85728-4090 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service - Atl<br>401 West Peachtree St NW Room 1665<br>ATTN: Ella Johnson, M/S 334-D<br>Atlanta, GA 30308 | KAY JEWELERS<br>1903 Southlake Mall<br>Merrillville, IN 46410-6434 |
| MB FINANCIAL BANK<br>6111 N RIVER RD<br>ROSEMONT, IL 60018-5111 | MIDLAND FUNDING<br>PO Box 13105<br>Roanoke, VA 24031-3105 | MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 |
| NATIONAL AUTO FINANCE<br>Po Box 96038<br>Charlotte, NC 28296-0001 | Office Of United States Trustee-ATL<br>75 Ted Turner Dr SW #362<br>Atlanta, GA 30303-3330 | Office of the Attorney General - Atlanta<br>40 Capitol Sq Sw<br>Attn: Karrollanne K. Cayce<br>Atlanta, GA 30334-9057 |
| PNCBANK<br>2730 LIBERTY AVE<br>PITTSBURGH, PA 15222-4747 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Earl Purnell<br>5893 Rex Ridge Parkway<br>Rex, GA 30273-5229 |
| SYNCB/BRANDSMART<br>PO BOX 965036<br>ORLANDO, FL 32896-5036 | SYNCB/SPORT<br>PO BOX 965036<br>Orlando, FL 32896-5036 | Nichlas P. Spallas<br>Wayfinder BK, LLC<br>P.O. Box 64090<br>Tucson, AZ 85728-4090 |
| Special Assistant U.S. Attorney<br>401 W. Peachtree Street, NW, STOP 1000-D<br>Atlanta, GA 30308 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | TRUPARTNERCU<br>1717 WESTERN AVE<br>CINCINNATI, OH 45214-2007 |

| | | |
|---|---|---|
| The Promenade at Rex Ridge Homeowners Associ<br>1465 Northside Drive NW<br>Suite 128<br>Atlanta, GA 30318-4220 | US Attorney's Office-ATL<br>75 Spring St SW # 1800<br>Atlanta, GA 30303-3331 | United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 |
| WF CRD SVC<br>3201 N 4TH AVE<br>SIOUX FALLS, SD 57104-0700 | Wells Fargo Bank, N.A.<br>Attn: Default Document Processing<br>N9286-01Y, 1000 Blue Gentian Road<br>Eagan, MN  55121-7700 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Wells Fargo Home Morgage<br>PO Box 1629<br>Minneapolis, MN 55440-1629 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Citizens Bank NA<br>480 JEFFERSON BLVD<br>WARWICK, RI 02886 | Georgia Department of Revenue<br>1800 Century Boulevard<br>Suite 17200<br>Atlanta, GA 30345 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)FreedomRoad Financial c/o Wayfinder BK, LL<br>PO Box 64090<br>Tucson, AZ 85728-4090 | (u)Wells Fargo Bank N.A. | End of Label Matrix<br>Mailable recipients    37<br>Bypassed recipients     2<br>Total                  39 |