**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EARL PURNELL | : | CASE NO. A18-71733-WLH |
| DEBTOR | : | |

**OBJECTION TO POST CONFIRMATION**
**MODIFICATION FILED ON AUGUST 31, 2020**

COMES NOW, NANCY J. WHALEY, Standing Chapter 13 Trustee in the above-styled case, and files herewith this Objection to Post-Confirmation Modification filed on August 31, 2020 and as grounds shows the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on December 29, 2018. The Debtor's plan was confirmed on May 2, 2019.

2.

The Modification provides for a set payment to Wells Fargo of less than $15.00 per month. Pursuant to Rule 3010 the Chapter 13 Trustee will not disburse payments less than $15.00.

3.

The recent Modification filed in the above-styled Chapter 13 case, fails to include supporting Schedules I and J, in violation of 11 U.S.C. Section 1325(b)(1)(B) and 11 U.S.C. Section 1325(a)(6).

4.

The Trustee requests proof of current income in order to determine the accuracy and veracity of the plan and/or Schedules. Additionally, the Trustee requests copies of the Debtor's 2018 and 2019 tax returns. 11 U.S.C. Section 521(a)(1), 11 U.S.C. Section 1325(a)(3), and 11 U.S.C. Section 1325(b)(1)(B).

WHEREFORE, based on the foregoing, the Chapter 13 Trustee prays that the Court review this Modification and deny the Debtor's Modification and require that the case continue under the provisions of the confirmed Chapter 13 plan and said other and further relief as the Court seem may deem just and proper.

                                              Respectfully submitted,

                                              __/s/_____

/jn                                         Ryan J. Williams,
                                              GA Bar No. 940874
                                              Attorney for Chapter 13 Trustee
                                              303 Peachtree Center Ave., NE
                                              Suite 120
                                              Atlanta, GA  30303
                                              (678) 992-1201

# CERTIFICATE OF SERVICE

Case No:  A18-71733-WLH

I certify that on this day I caused a copy of this Chapter 13 Trustee's Objection to Post Confirmation Modification to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

EARL PURNELL
5893 REX RIDGE PARKWAY
REX, GA  30273

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection to Post Confirmation Modification using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

THE SEMRAD LAW FIRM, LLC

This the 23rd day of September, 2020.

/s/_____
　　Ryan J. Williams
　　Attorney for the Chapter 13 Trustee
　　State Bar No. 940874
　　303 Peachtree Center Avenue, NE
　　Suite 120
　　Atlanta, GA 30303
　　678-992-1201